[Civ. No. 324.  Second Appellate District.—December 3, 1906.]

MARY A. GABEL, Trustee, etc., Respondent, v. ELIAS C. PAGE et al., Appellants.

APPEAL—MOTION TO DISMISS—ORDER EXTENDING TIME TO FILE TRANSCRIPT.—On a motion to dismiss an appeal an order of this court extending the time to file the transcript cannot be attacked. It is the practice of this court to be liberal in granting extensions of time where no delay in the hearing of the case will result.

MOTION to dismiss an appeal from a judgment of the Superior Court of Tulare County, and from an order denying a new trial.    W. W. Wallace, Judge.

The facts are stated in the opinion of the court.

E. T. Cosper, for Appellants.

T. E. Clark, for Respondent.

SMITH, J.—Motion to dismiss appeal.   The transcript was filed within the time allowed by the order of the court extending the time; and this order cannot be attacked on a motion to dismiss; nor, were it otherwise, have we any reason to be dissatisfied with it.   It has always been the practice of this court to be liberal in extending the time for filing transcripts or briefs in cases where no delay in the hearing of the case can result.

The motion is denied.

Allen, J., and Gray, P. J., concurred.